REVISED August 26, 2009

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 12, 2009

Charles R. Fulbruge III
Clerk

No. 08-20642

JENKENS & GILCHRIST A PROFESSIONAL CORPORATION

Plaintiff - Appellee

v.

GROIA & COMPANY, A Professional Corporation

Defendant - Appellee

v.

INGRID FELDERHOF

Defendant - Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:06-cv-03590

Before JONES, Chief Judge, and PRADO and HAYNES, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.